[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Patrail G. Brown

**RECEIVED**

SEP 06 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mike Kelley Will county Sherriff, ET. AL

Case No: **16-cv-7670**
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**   **AMENDED COMPLAINT**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Patrail G. Brown

   B. List all aliases: _____

   C. Prisoner identification number: R55705

   D. Place of present confinement: Illinios River CC

   E. Address: P.O. Box 999 Canton Il 61520

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Mike Kelly
      Title: Will County Sherriff
      Place of Employment: Will County Jail

   B. Defendant: ET. AL
      Title: Health Care
      Place of Employment: Will County Jail

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On March 16, 2016 at approximately 7:45-8:20 pm I was in Pod w1 of the Will County Adult Facility. On the aforementioned date I had suffered a seizure, and also ended up falling out, which also caused me to injure my left hip and wrist, and a banged head. (2) When I came to, I noticed officer John Doe pinning my legs down, by sitting (straddling me) which futher forced my hip to the floor. "This caused me excruciating pain". (3) At one point there was two nurses standing over me (that day) (As I can recall), they were attempting to get my pusle and give me oxygen. (4) During this time I was somewhat "in and out" of consciousness. I felt pain all over the left side of my body. I had inquired of what had happened and was told that I fell out. Upon futher ingury nurse (Jane Doe) informed me things resulted from me having a (Seizure), And that I was being taken to the Medical department. (5) I asked to be transported to a local Hospital, but was denied my request,

4

⑥ Once in the (Medical Department) I was put in a holding cell, where I suffered another seizure. When I came to I was in a cell with another individual, who was laying on the floor. ⑦ I called out for assistance and help but no one came to my aid, to see what I needed. I was suffering an intense headache and pain to my left side; this includes a swollen left hip and left wrist. For three weeks I was kept in the Medical Unit without ever seeing a doctor. And I was only given motrin for my swollen hip and wrist. ⑧ While in the Medical Unit holding cell I wrote approx. four grievances (in the form of letters), because I was denied my request(s) for proper grievance form. Each one that I wrote went unanswered. Nor did anyone even bother to come see about my need and check on me. "My pleas (cries) were to no avail - until three weeks later." When nurse (Jane Doe) finally came to see me (in medical) I asked when would I see the doctor, to only be told that "to her knowledge I had (supposedly) seen one on the 17th of March." Which in fact was absolutely false. By the time I did see and (speak to) a doctor it was about April 4th or 7th of 2016. In addition I was informed (by the doctor) that the nurse on date; March 16th had given me the wrong medication. I still have pain in my left hip and walk with a limp, to this present day.

Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this *Patrail* day of 5-21, 20 16

*Patrail G B---*
(Signature of plaintiff or plaintiffs)

Patrail G. Brown
(Print name)

R55705
(I.D. Number)

Illinios River CC
P.O. Box 999, Canton Il 61520
(Address)

6                                                              Revised 9/2007

## Relief Requested

Wherefore, Plaintiff respectfully request that this Court

A) Declare that the actions of Defendants described aforeherein constituted severe violations of Plaintiff's Federal and State Constitutional Rights, and 42 U.S.C. §1983

B) Enter a permanent injunction directing Defendants to take all affirmative steps necessary to remedy the effects of the illegal conduct described herein and to prevent similar occurrences in the future.

C) Award Plaintiff compensatory damages in an amount to be determined at trial to compensate him for being deprived of his Constitutional Rights (U.S. + Ill.).

D) Award Plaintiff punitive damages against defendants under the provisions of 42 U.S.C.A. §1983, including damages for fear, embarrassment, inconvenience, pain and suffering, anxiety, and despair, intentional infliction of emotional distress.

E) Award Plaintiff reasonable attorney's fees and costs incurred in this action pursuant to

F) Award Plaintiff compensatory and punitive damages against defendants under the Common-law tort claims of intentional infliction of emotional distress, negligent infliction of emotional distress, deliberate indifference, failure to train, failure to supervise and discipline.

G) Award Plaintiff such other relief as this Court deems just and proper.

/s/ Patrall S. Brown          Date: 5-21- ,2016

IN THE
_____

_____

Patrail G. Brown
Plaintiff/Petitioner

Vs.

Mike Kelly, Will County
Sherriff, ET, AL
Defendant/Respondent

No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: Northen District
of Illionis Clerk office
219 South Dearborn Street
Chicago, Illionis 60604

TO: Will county Jail
Clerk office, Will County
office Bldg 14 W.
Jefferson St Joliet Il 60432

PLEASE TAKE NOTICE that on Aug 8, 20 16, I placed the attached or enclosed documents in the institutional mail at Illinois River Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 9-1-16

/s/ Patrail G. Brown
NAME: Patrail G. Brown
I.D.O.C.#: R55705
Illinois River Correctional Center
P.O. Box: 999
Canton, IL 61520

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Subscribed and sworn to before me this 1 day of September 20 16

_____
Notary Public